LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
      1420 E. Cooley Dr., Suite 100
      Colton, California 92324
      Telephone: (909) 796-4560
      Facsimile:  (909) 796-3402
      E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT GARY VANDERVALK, | ) | No.  EDCV 14 - 1824 PLA |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO
THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($2,800.00) subject to the
terms of the stipulation.

DATE:  July 28, 2015    _____
                        HON. PAUL L. ABRAMS
                        UNITED STATES MAGISTRATE JUDGE